IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

STEVEN SHAW                                                                                           PLAINTIFF
ADC # 500760

v.                                         5:14-cv-00139-JM-JJV

JAMES GIBSON; *et al.*                                                                      DEFENDANTS

## ORDER

Having reviewed Plaintiff's Amended Complaint for screening purposes only,[1] it now appears that service is appropriate as to all Defendants.

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare Summons for Defendants Gibson, Lowe, Louis, Godfrey, Banks, and Fields. The United States Marshal shall serve a copy of the Amended Complaint (Doc. No. 4) and Summons on defendants in care of the Arkansas Board of Correction and Community Punishment Compliance Division, P.O. Box 20550, Pine Bluff, AR 71612-0550, without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 30th day of April, 2014.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

---

[1] The Prison Litigation Reform Act requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. Sect. 1915A(a).

1