IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

STEVEN SHAW,                                                                                       PLAINTIFF
ADC #500760

v.                                              5:14CV00139-JM-JJV

JAMES GIBSON; *et al.*                                                                  DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's Motion for Preliminary Injunction and Temporary Restraining Order (Doc. No. 8) is DENIED.

Dated this 7th day of July, 2014.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE